*Ulman* for the United States.

No. —.  Ex parte Noel Gaines; and

No. —.  Ex parte Robert L. McClendon.  April 23, 1945.  Applications denied.

No. —.  Ex parte Robert H. Smith; and

No. —.  Ex parte Nathan McBride.  April 23, 1945. The motions for leave to file petitions for writs of habeas corpus are denied.

No. —.  Ex parte Chesteen McConnell.  April 23, 1945.  The motion for leave to file petition for writ of habeas corpus and for other relief is denied.

No. —.  Ex parte Alfred Minntole.  April 23, 1945. The motion for leave to file petition for writ of certiorari is denied.

No. 379.  Colorado Interstate Gas Co. *v.* Federal Power Commission et al.; and

No. 380.  Canadian River Gas Co. *v.* Federal Power Commission et al.  April 23, 1945.  The motion to dismiss the writs of certiorari is denied.  The motions for an order as to distribution of impounded funds are denied without prejudice to applications to the Circuit Court of Appeals.